# Exhibit C

Exhibit C
Page 51

 

MDL00897

VIA FACSIMILE -- 310-205-6990

Dated as of July 10, 1993

Carlos Goodman, Esq.
Lichter, Grossman & Nichols, Inc.
9200 Sunset Boulevard
Suite 530
Los Angeles, CA 90069

Re: "Pulp Fiction"

Dear Carlos:

We hereby consent to the transfer of certain rights from Quentin Tarantino to Brown 25 Productions, Inc. as set forth in the agreement dated as of July 10, 1993 between Quentin Tarantino and Brown 25 Productions, Inc. (the "Brown 25 Agreement"). However, nothing contained in the Brown 25 Agreement shall diminish or derogate from the rights granted to Miramax under the agreement dated as of June 23, 1993 between Quentin Tarantino and Lawrence Bender, on the one hand, and Miramax, on the other (the "Miramax Agreement"). In the event of any conflict between the Brown 25 Agreement and the Miramax Agreement, the Miramax Agreement shall control.

Sincerly,

Vicki Cherkas
Director, Business and Legal Affairs

cc: Ezra Doner
    John Logigian

375 Greenwich Street • New York, NY 10013-2338
Tel: (212) 941-3800          Fax: (212) 941-3949

Page 52