# Exhibit D

BROWN 25 PRODUCTIONS, INC.
8461 Warner Drive
Culver City, California 90232

As of July 10, 1993

VIA FACSIMILE

Vicki Cherkas
Miramax Film Corp.
375 Greenwich Street
New York, New York 10013-2338

Re: "Pulp Fiction"

Dear Vicki:

Reference hereby is made to the agreement (the "Miramax Agreement"), dated as of June 23, 1993, between, on the one hand, Miramax Film Corp. ("Miramax"), and, on the other hand, Quentin Tarantino ("Tarantino") and Lawrence Bender ("Bender"), with respect to the motion picture entitled "Pulp Fiction" (the "Picture"). Reference hereby also is made to that certain agreement (the "Rights Acquisition Agreement"), dated as of July 10, 1993, between Brown 25 Productions, Inc. ("Producer") and Tarantino with respect to the screenplay entitled "Pulp Fiction" (the "Screenplay") upon which the Picture will be based. Finally, reference hereby is made to that certain Inter-Party Agreement, dated as of September 20, 1993, by and among, Producer, Miramax, Film Finances, Inc., and Bank of America National Trust and Savings Association, with respect to the Picture.

This letter will confirm the following:

1. Notwithstanding the reference in Paragraph 2 of the Miramax Agreement that "Producer" (which term is defined in the Miramax Agreement as Tarantino and Bender collectively) granted certain rights in the Picture to Miramax, it is understood that, as of the date of the Miramax Agreement, as between Tarantino and Bender, Tarantino was the sole and exclusive owner of all rights in the Screenplay and the Picture.

2. It hereby further is acknowledged that, for the avoidance of doubt, the rights granted by Tarantino to Miramax pursuant to the Miramax Agreement are limited to the right to

distribute and otherwise exploit the completed Picture as more particularly set forth in the Miramax Agreement. Such grant of rights did not include any literary rights in the Screenplay, the right to produce a motion picture based on the Screenplay, and/or any rights reserved by Tarantino under Paragraph 2 of the Miramax Agreement (the "Tarantino Reserved Rights"), the exercise of which Tarantino Reserved Rights are subject to certain restrictions set forth in the Miramax Agreement. Accordingly, Miramax acknowledges that the rights granted by Tarantino to Producer are not inconsistent with the rights granted by Tarantino to Miramax under the Miramax Agreement.

3. It hereby further is acknowledged that in the event Miramax's rights under the Miramax Agreement terminate pursuant to Paragraph 5(b)(iii) of the Inter-Party Agreement, all of such rights of Miramax shall thereupon revert exclusively to Producer, subject to the other terms and conditions of the Inter-Party Agreement.

4. It hereby further is acknowledged that upon Producer's "Delivery" of the Picture pursuant to Paragraph 23 of the Miramax Agreement and Miramax's payment of the "Minimum Guarantee" as provided in Paragraph 5 of the Miramax Agreement, Miramax shall acquire all of Producer's rights in and to the Picture (other than any rights Producer may have in any Tarantino Reserved Rights), subject to the terms and conditions of the Inter-Party Agreement. Upon such acquisition of rights by Miramax, Miramax shall assume all of Producer's obligations with respect to credits in paid advertising, the payment of any SAG (and, if applicable, AFM) residuals, any "residuals" to Tarantino and Roger Avary under Paragraph 20 of the Miramax Agreement, and the payment and accounting of profit participations as provided in Paragraph 24 of the Miramax Agreement). Producer agrees to execute and deliver any and all additional documents reasonably required by Miramax to effectuate its rights hereunder and Producer hereby grants to Miramax the right to file and record such documents in the United States Copyright Office and/or elsewhere. In the event that Producer fails to execute and deliver such documents within a reasonable time period after Miramax's request, Producer hereby appoints Miramax as Producer's attorney-in-fact (which appointment is coupled with an interest and is irrevocable) to execute such documents on Producer's behalf.

All parties shall indicate their agreement to the terms of this letter by signing in the space provided below.

Very truly yours,

BROWN 25 PRODUCTIONS, INC.

By: _____
Its: _____

ACKNOWLEDGED AND AGREED:

MIRAMAX FILM CORP.

By: _____
Its: Sr. V.P.

_____
QUENTIN TARANTINO

_____
LAWRENCE BENDER