# Exhibit E

MDL00907

## ASSIGNMENT

Dated as of: June 23, 1993

KNOW ALL MEN BY THESE PRESENTS: That the undersigned, for value received, hereby grants and assigns to Miramax Film Corp. and its successors and assigns (herein called the "Assignee"), the sole and exclusive right under copyright, trademark or otherwise to distribute, exhibit and otherwise exploit all rights (other than the rights reserved to Quentin Tarantino described hereinbelow) in and to the motion picture entitled "Pulp Fiction" (the "Work") (and all elements thereof in all stages of development and production) now or hereafter known including, without limitation,, the right to distribute the Work in all media now or hereafter known (theatrical, non-theatrical, all forms of television and "home video") in perpetuity, throughout the Universe, as more particularly set forth and upon and subject to the terms and conditions in that certain Agreement between the undersigned and said Assignee dated as of June 23, 1993 (the "Agreement"). The following rights are reserved to Quentin Tarantino: soundtrack album, music publishing, live performance, print publication (including, without limitation, screenplay publication, "making of" books, comic books and novelization, in audio and electronic formats as well, as applicable), interactive media, theatrical and television sequel and remake rights, and television series and spinoff rights (the "Tarantino Reserved Rights"). The exercise of certain Reserved Rights is subject to restrictions set forth in the Agreement.

The undersigned hereby agrees to secure or cause to be secured all United States copyrights in and to the Work, including renewals thereof, if applicable, and hereby assigns the rights under said renewal copyrights to Assignee; and the undersigned hereby irrevocably appoints Assignee as its attorney-in-fact, with full and irrevocable power and authority to do all such acts and things, and to execute, acknowledge, deliver, file, register and record all such documents, in the name and on behalf of the undersigned, as Assignee may deem necessary or proper in the premises to accomplish the same.

The Assignee is also hereby empowered to bring, prosecute, defend and appear in suits, actions and proceedings of any nature under or concerning any infringement thereof, or interference with any of the rights hereby granted under the said copyrights or renewals thereof, in its own name or in the name of the copyright proprietor, but at the expense of the Assignee, and, at its option, the Assignee may join such copyright proprietor and/or the undersigned as a party plaintiff or defendant in any such suit, action or proceeding.

_____
Quentin Tarantino

On \_\_\_JULY 15\_\_\_, 1993 before me, a Notary Public, personally appeared QUENTIN TARANTINO, known to me personally, or proved to me on the basis of satisfactory evidence to be the person who executed the within instrument, as the individual who executed the within instrument.

WITNESS my hand

_____
Notary Public

MARK A. NOTTOLI
COMM. #888151
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires OCT 1, 1994