# Exhibit F



MDL00905

## SHORT-FORM ASSIGNMENT AGREEMENT

For good and valuable consideration, receipt of which is hereby acknowledged, the undersigned, Quentin Tarantino ("Assignor"), grants, sells and assigns to Brown 25 Productions, Inc. ("Assignee"), exclusively and forever, all rights (other than the "Reserved Rights" set forth below and those certain distribution rights in the motion picture project currently entitled "Pulp Fiction" (the "Picture") granted to Miramax Film Corp. ("Miramax") pursuant to the agreement (the "Miramax Agreement"), dated as of June 23, 1993, between, on the one hand, Miramax, and, on the other hand, you and Lawrence Bender) in, to, and underlying the original screenplay written by you entitled "Pulp Fiction" (the "Screenplay") and all of your rights under that certain agreement (the "Avary Agreement"), dated as of April 8, 1992, between you and Roger Avary ("Avary"), as amended by that certain letter amendment (the "Avary Amendment), dated July 9, 1993, between you and Avary, with respect to the screenplay written by Avary entitled "Pandemonium Reigned" (the "Avary Screenplay"), upon which part of the Screenplay is based.

The following rights are reserved by Assignee: soundtrack album, music publishing, live performance, print publication (including, without limitation, screenplay publication, "making of" books, comic books and novelization, in audio and electronic formats as well, as applicable), interactive media, theatrical and television sequel and remake rights, and television series and spinoff rights. Assignor's exercise of certain of the Reserved Rights shall be subject to restrictions set forth in the Miramax Agreement. Assignor shall have the right to use the title of the Picture in connection with the exploitation of the Reserved Rights.

Assignor hereby agrees to execute and deliver any and all additional documents reasonably required by Assignee to effectuate its rights hereunder and grant Assignee the right to file and record such documents in the United States Copyright Office and/or elsewhere. In the event Assignor fails to execute and deliver such documents within a reasonable time period after Assignee's request, Assignor hereby appoints Assignee as Assignor's attorney-in-fact (which appointment is coupled with an interest and irrevocable) to execute such documents on Assignor's behalf.

Assignor and Assignee acknowledge that this Short-Form Assignment Agreement should be read in conjunction with the Agreement, and in the event of any conflict between the

provisions of this instrument and Agreement, the provisions of the Agreement shall control.

  IN WITNESS WHEREOF, Assignor has signed this instrument as of the _____ day of _____, 1993.

            _____
            QUENTIN TARANTINO


STATE OF [ CALIFORNIA ])
          )ss.
COUNTY OF [ LOS ANGELES ])

  On [ SEPT. 3 ], 19[93] before me the undersigned, a Notary Public in and for said State, personally appeared [ QUENTIN TARANTINO ], and [_____], known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same.

  WITNESS my hand and official seal.

         _____
         Notary Public in and for
         said State

MARK A. NOTTOLI
COMM. #888151
Notary Public — California
LOS ANGELES COUNTY
My Comm. Expires OCT 1, 1994