BART H. WILLIAMS (SBN 134009)
bwilliams@proskauer.com
KYLE A. CASAZZA (SBN 254061)
kcasazza@proskauer.com
SETH H. VICTOR (SBN 329341)
svictor@proskauer.com
ALYSON C. TOCICKI (SBN 336179)
atocicki@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
Telephone:     (310) 284-4520
Facsimile:      (310) 557-2193

JEFFREY D. NEUBURGER (applying for *pro hac vice* admission)
jneuburger@proskauer.com
WAI L. CHOY (applying for *pro hac vice* admission)
wchoy@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:     (212) 969-3000
Facsimile:      (212) 969-2900

Attorneys for Plaintiff,
MIRAMAX, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MIRAMAX, LLC, | Case No. _____ |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF CORPORATE DISCLOSURE [FRCP 7.1]** |
| vs. | |
| QUENTIN TARANTINO; VISIONA ROMANTICA, INC.; and DOES 1–50, | |
| Defendants. | |

PLAINTIFF'S NOTICE OF CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Miramax, LLC hereby identifies its parent corporation and any publicly held corporation owning 10% or more of its stock as follows:

- FilmYard Holdings, LLC
- Viacom International Inc.

Dated:  November 16, 2021

PROSKAUER ROSE LLP
BART H. WILLIAMS
KYLE A. CASAZZA
SETH H. VICTOR
ALYSON C. TOCICKI

JEFFREY D. NEUBURGER (applying for *pro hac vice* admission)
WAI L. CHOY (applying for *pro hac vice* admission)

By:  /s/ Bart H. Williams
       Bart H. Williams

Attorneys for Plaintiff,
MIRAMAX, LLC

1
PLAINTIFF'S NOTICE OF CORPORATE DISCLOSURE