1  BART H. WILLIAMS (SBN 134009)
   bwilliams@proskauer.com
2  KYLE A. CASAZZA (SBN 254061)
   kcasazza@proskauer.com
3  SETH H. VICTOR (SBN 329341)
   svictor@proskauer.com
4  ALYSON C. TOCICKI (SBN 336179)
   atocicki@proskauer.com
5  PROSKAUER ROSE LLP
   2029 Century Park East, Suite 2400
6  Los Angeles, CA  90067-3010
   Telephone:    (310) 284-4520
7  Facsimile:    (310) 557-2193

8  JEFFREY D. NEUBURGER (applying for *pro hac vice* admission)
   jneuburger@proskauer.com
9  WAI L. CHOY (applying for *pro hac vice* admission)
   wchoy@proskauer.com
10 PROSKAUER ROSE LLP
   Eleven Times Square
11 New York, NY 10036
   Telephone:    (212) 969-3000
12 Facsimile:    (212) 969-2900

13 Attorneys for Plaintiff,
   MIRAMAX, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRAMAX, LLC, | Case No. 2:21-cv-08979 FMO (JCx) |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| QUENTIN TARANTINO; VISIONA ROMANTICA, INC.; and DOES 1–50, | |
| Defendants. | |

1  Pursuant to Rule 4 of the Federal Rules of Civil Procedure, Local Rule 5.3,
2  and the Standing Order of this Court, Defendants Quentin Tarantino and Visiona
3  Romantica, Inc. were personally served on November 18, 2021, at the address of
4  their agent authorized to accept service, as authorized in the email communications
5  between counsel attached hereto as **Attachment A**, and as described in the
6  affidavits attached hereto as **Attachment B** and **Attachment C**.

Dated: November 19, 2021

PROSKAUER ROSE LLP
BART H. WILLIAMS
KYLE A. CASAZZA
SETH H. VICTOR
ALYSON C. TOCICKI

JEFFREY D. NEUBURGER (applying for *pro hac vice* admission)
WAI L. CHOY (applying for *pro hac vice* admission)

By: /s/ Bart H. Williams
      Bart H. Williams

Attorneys for Plaintiff,
MIRAMAX, LLC

1
PROOF OF SERVICE