# ATTACHMENT C

| Attorney or Party without Attorney:<br>BART H. WILLIAMS (SBN 134009)<br>PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>  Telephone No:  (310) 557-2900 | For Court Use Only |
|---|---|

| Attorney For:  Plaintiff | Ref. No. or File No.: | |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>United Stated District Court, Central District of California |
|---|

| Plaintiff:  MIRAMAX, LLC<br>Defendant:  QUENTIN TARANTINO; ET AL |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:21-cv-08979 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Plaintiff's Notice Of Corporate Disclosure; Notice of Assignment to United States Judges

3.   *a.  Party served:*    VISIONA ROMANTICA, INC
  *b.  Person served:*  Steven Arreola, Supporting staff, authorized to accept served under F.R.C.P. Rule 4.

4.   *Address where the party was served:*    1801 Century Park W 5th Floor, Los Angeles, CA 90067

5.   *I served the party:*
  a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Nov 18 2021 (2) at: 12:39 PM

6. **Person Who Served Papers:**
  a. Mohammad Rafiquzzaman (6600, Los Angeles)          **d. The Fee** *for Service was:* $126.80
  **b. FIRST LEGAL**
    1517 W. Beverly Blvd.
    LOS ANGELES, CA 90026
  c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| 11/18/2021 | |
|---|---|
| *(Date)* | *(Signature)* |



PROOF OF<br>SERVICE

6369528<br>(4822767)