BART H. WILLIAMS (SBN 134009)
bwilliams@proskauer.com
KYLE A. CASAZZA (SBN 254061)
kcasazza@proskauer.com
SETH H. VICTOR (SBN 329341)
svictor@proskauer.com
ALYSON C. TOCICKI (SBN 336179)
atocicki@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:    (310) 284-4520
Facsimile:     (310) 557-2193

JEFFREY D. NEUBURGER (admitted *pro hac vice*)
jneuburger@proskauer.com
WAI L. CHOY (admitted *pro hac vice*)
wchoy@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:    (212) 969-3000
Facsimile:     (212) 969-2900

Attorneys for Plaintiff,
MIRAMAX, LLC

BRYAN J. FREEDMAN (SBN 151990)
bfreedman@ftllp.com
JESSE A. KAPLAN (SBN 255059)
jkaplan@ftllp.com
THERESA TROUPSON (SBN 301215)
ttroupson@ftllp.com
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, CA 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

DAVID NIMMER (SBN 97170)
dnimmer@irell.com
DENNIS J. COURTNEY (SBN 307646)
dcourtney@irell.com
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 203-7079
Facsimile: (310) 203-199

Attorneys for Defendants,
QUENTIN TARANTINO AND
VISIONA ROMANTICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRAMAX, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>QUENTIN TARANTINO; VISIONA ROMANTICA, INC; and DOES 1-50,<br><br>　　　Defendants. | Case No. 2:21−CV−08979−FMO−JC<br><br>**NOTICE OF FILING OF STIPULATED [PROPOSED] PROTECTIVE ORDER** |

1    Pursuant to Local Rule 7-1, Plaintiff Miramax, LLC and Defendants Quentin Tarantino and Visiona Romantica, Inc. (together, the "Parties") stipulate to the [Proposed] Protective Order that is attached to this Notice as Exhibit 1.

The Parties hereby file the Stipulated [Proposed] Protective Order and respectfully request the Court enter the order.

Statement of Authority to File Per Civil L.R. 5-4.3.4(a)(2)(i): I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

Dated: March 9, 2022

PROSKAUER ROSE LLP
BART H. WILLIAMS
KYLE A. CASAZZA
SETH H. VICTOR
ALYSON C. TOCICKI

JEFFREY D. NEUBURGER
(admitted *pro hac vice*)
WAI L. CHOY
(admitted *pro hac vice*)

By: ___/s/ Bart H. Williams___
       Bart H. Williams

Attorneys for Plaintiff,
MIRAMAX, LLC

Dated: March 9, 2022

FREEDMAN + TAITELMAN, LLP
BRYAN J. FREEDMAN
JESSE A. KAPLAN
THERESA TROUPSON

By: ___/s/ Bryan J. Freedman___
       Bryan. J. Freedman

Attorneys for Defendants
Quentin Tarantino and Visiona Romantica, Inc.