BART H. WILLIAMS (SBN 134009)
bwilliams@proskauer.com
KYLE A. CASAZZA (SBN 254061)
kcasazza@proskauer.com
SETH H. VICTOR (SBN 329341)
svictor@proskauer.com
ALYSON C. TOCICKI (SBN 336179)
atocicki@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
Telephone:    (310) 284-4520
Facsimile:    (310) 557-2193

JEFFREY D. NEUBURGER (admitted *pro hac vice*)
jneuburger@proskauer.com
WAI L. CHOY (admitted *pro hac vice*)
wchoy@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:    (212) 969-3000
Facsimile:    (212) 969-2900

Attorneys for Plaintiff,
MIRAMAX, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRAMAX, LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>QUENTIN TARANTINO; VISIONA ROMANTICA, INC.; and DOES 1–50,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-08979 FMO (JCx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

Having considered the Parties' Joint Stipulation Regarding Plaintiff's Motion to Compel Production of Documents under Federal Rule of Civil Procedure 37, and oral argument presented to this Court in support of the Parties' positions set forth therein, **IT IS HEREBY ORDERED THAT:**

Plaintiff's Motion to Compel Production of Documents is **GRANTED**, and further that Defendant must produce all non-privileged documents responsive to Plaintiff's Requests for Production of Documents (Set One) Nos. 13 and 24.

**IT IS SO ORDERED.**

Date: _____

_____
HON. JACQUELINE CHOOLJIAN
United States Magistrate Judge