UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-08979 FMO (JCx)**                                                    Date: **April 12, 2022**

Title   **Miramax, LLC v. Quentin Tarantino et al.**

Present:   The Honorable Jacqueline Chooljian, United States Magistrate Judge

|  James Munoz for Kerri Hays  |  CS 04/12/22  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| :---: | :---: |
| Kyle Alexander Casazza | Jesse A. Kaplan |
| Seth Victor | Bryan J. Freedman |
| Alyson Claire Tocicki | Theresa M. Troupson |

**Proceedings:**   **HEARING ON PLAINTIFF'S MOTION TO COMPEL (#25); ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL**

   Case called.  Counsel stated their appearances.  The Court heard argument from counsel on Plaintiff's Motion to Compel.

   The Court adopted its attached tentative ruling (#27) as its final ruling on Plaintiff's Motion to Compel, granted in part and denied in part Plaintiff's Motion to Compel as detailed therein, and ordered Defendants to produce the items called for by the Court's Order within fourteen (14) days.


Attachment

                                                                                                                     :   43