BART H. WILLIAMS (SBN 134009)
bwilliams@proskauer.com
KYLE A. CASAZZA (SBN 254061)
kcasazza@proskauer.com
SETH H. VICTOR (SBN 329341)
svictor@proskauer.com
ALYSON C. TOCICKI (SBN 336179)
atocicki@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
Telephone:    (310) 284-4520
Facsimile:    (310) 557-2193

JEFFREY D. NEUBURGER (admitted *pro hac vice*)
jneuburger@proskauer.com
WAI L. CHOY (admitted *pro hac vice*)
wchoy@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:    (212) 969-3000
Facsimile:    (212) 969-2900

Attorneys for Plaintiff,
MIRAMAX, LLC

(*Additional counsel listed on signature page*)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRAMAX, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>QUENTIN TARANTINO; VISIONA ROMANTICA, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 2:21-cv-08979 FMO (JCx)<br><br>**STIPULATION TO AMEND THE SCHEDULING AND CASE MANAGEMENT ORDER RE: JURY TRIAL** |

Pursuant to Local Rule 7-1, the following stipulation is entered into between Plaintiff Miramax, LLC ("Plaintiff") and Defendants Quentin Tarantino and Visiona Romantica, Inc. ("Defendants"), by and through their respective counsel, with reference to the following facts:

## **RECITALS**

WHEREAS, Plaintiff filed its initial Complaint against Defendants on November 16, 2021;

WHEREAS, Defendants filed their Answer to the Complaint on December 9, 2021;

WHEREAS, the Court entered its Scheduling and Case Management Order Re: Jury Trial (the "Initial Scheduling Order") on February 16, 2022;

WHEREAS, Defendants filed their Motion for Judgment on the Pleadings (the "Motion") on June 21, 2022;

WHEREAS, Plaintiff filed its Opposition to the Motion on June 30, 2022;

WHEREAS, Defendants filed their Reply to Plaintiff's Opposition on July 7, 2022;

WHEREAS, the Court took the Motion under submission on July 15, 2022;

WHEREAS, the parties have met and conferred and agreed to extend the schedule set forth in the Court's Initial Scheduling Order;

WHEREAS, good cause exists for this short extension because the parties are currently making progress in potentially resolving this matter without the need for further discovery (including depositions), private mediation, or Court intervention;

WHEREAS, the parties have diligently conducted written fact discovery to date with only limited need for Court intervention;

WHEREAS, if the schedule were not modified, the parties would have to engage in costly and time-consuming fact and expert discovery, and private mediation, which the parties agree would be counterproductive to ongoing efforts to resolve this matter;

1

WHEREAS, this Stipulation comprises the parties' first request for an extension of deadlines;

WHEREAS, the parties do not stipulate to these requests for the purpose of delay, but rather so that justice may be efficiently served.

## **STIPULATION**

Now, therefore, the parties hereto, by and through their respective counsel, hereby stipulate as follows:

1. If needed, the parties shall complete their settlement conference before a private mediator no later than **August 31, 2022**.  All fact discovery between the parties shall be stayed until the conclusion of that settlement conference, but in any event all fact discovery shall be completed no later than **September 30, 2022**.  The other provisions of Paragraph 4 of the Initial Scheduling Order regarding the settlement conference remain in effect.

2. All expert discovery shall be completed by **November 14, 2022**.  The parties must serve their Initial Expert Witness Disclosures no later than **October 3, 2022**.  Rebuttal Expert Witness Disclosures shall be served no later than **October 24, 2022**.

3. The remaining deadlines from the Court's Initial Scheduling Order shall remain in effect:

   a. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **November 30, 2022**;

   b. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions *in limine* no later than **January 20, 2023**;

   c. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed

STIPULATION TO AMEND THE SCHEDULING AND
CASE MANAGEMENT ORDER RE: JURY TRIAL

verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions *in limine* no later than **January 27, 2023**;

d.  The final pretrial conference and hearing on motions *in limine* is scheduled for **February 10, 2023**, at 10:00 a.m.; and

e.  The trial is scheduled to begin on **February 28, 2023**, at 9:00 a.m.  On the first day of trial, counsel must appear at 8:45 a.m. to discuss preliminary matters with the court.

STIPULATION TO AMEND THE SCHEDULING AND
CASE MANAGEMENT ORDER RE: JURY TRIAL

<u>Statement of Authority to File Per Civil L.R. 5-4.3.4(a)(2)(i)</u>: I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

Dated:  August 8, 2022

PROSKAUER ROSE LLP
BART H. WILLIAMS
KYLE A. CASAZZA
SETH H. VICTOR
ALYSON C. TOCICKI

JEFFREY D. NEUBURGER
(admitted *pro hac vice*)
WAI L. CHOY
(admitted *pro hac vice*)


By: _____/s/ *Bart H. Williams*_____
                   Bart H. Williams

Attorneys for Plaintiff,

MIRAMAX, LLC

Dated:  August 8, 2022

FREEDMAN + TAITELMAN, LLP
BRYAN J. FREEDMAN
JESSE A. KAPLAN
THERESA TROUPSON

IRELL & MANELLA, LLP
DAVID NIMMER
DENNIS COURTNEY


By: _____/s/ *Bryan J. Freedman*_____
                   Bryan. J. Freedman

Attorneys for Defendants
Quentin Tarantino and Visiona Romantica, Inc.

4