1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MIRAMAX, LLC, | Case No. 2:21-cv-08979 FMO (JCx) |
| --- | --- |
| Plaintiff, | |
| vs. | **ORDER AMENDING THE SCHEDULING AND CASE MANAGEMENT ORDER RE: JURY TRIAL** |
| QUENTIN TARANTINO; VISIONA ROMANTICA, INC.; and DOES 1–50, | |
| Defendants. | |

# ORDER

On August 8, 2022, Plaintiff Miramax, LLC and Defendants Quentin Tarantino and Visiona Romantica, Inc. submitted a Stipulation and Proposed Order extending the deadlines as set forth in the Court's Initial Scheduling Order. The Court has reviewed and considered the Stipulation and Proposed Order, and, for good cause shown, GRANTS the parties' Stipulation.

**IT IS HEREBY ORDERED** that:

1. If needed, the parties shall complete their settlement conference before a private mediator no later than **August 31, 2022**. All fact discovery between the parties shall be stayed until the conclusion of that settlement conference, but in any event all fact discovery shall be completed no later than **September 30, 2022**. The other provisions of Paragraph 4 of the Initial Scheduling Order regarding the settlement conference remain in effect.

2. All expert discovery shall be completed by **November 14, 2022**. The parties must serve their Initial Expert Witness Disclosures no later than **October 3, 2022**. Rebuttal Expert Witness Disclosures shall be served no later than **October 24, 2022**.

3. The remaining deadlines from the Court's Initial Scheduling Order shall remain in effect:

   a. Any motion for summary judgment or other potentially dispositive motion shall be filed no later than **November 30, 2022**;

   b. The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions *in limine* no later than **January 20, 2023**;

   c. The parties shall lodge their proposed Pretrial Conference Order and file the Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire

      questions, if desired; and reply memoranda to motions *in limine* no later than **January 27, 2023**;

   d. The final pretrial conference and hearing on motions *in limine* is scheduled for **February 10, 2023**, at 10:00 a.m.; and

   e. The trial is scheduled to begin on **February 28, 2023**, at 9:00 a.m. On the first day of trial, counsel must appear at 8:45 a.m. to discuss preliminary matters with the court.

**IT IS SO ORDERED.**

Date: August 10, 2022              /s/
                                     HON. Fernando M. Olguin
                                     United States District Judge