BART H. WILLIAMS (SBN 134009)
bwilliams@proskauer.com
KYLE A. CASAZZA (SBN 254061)
kcasazza@proskauer.com
SETH H. VICTOR (SBN 329341)
svictor@proskauer.com
ALYSON C. TOCICKI (SBN 336179)
atocicki@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Telephone:   (310) 284-4520
Facsimile:   (310) 557-2193

JEFFREY D. NEUBURGER (admitted *pro hac vice*)
jneuburger@proskauer.com
WAI L. CHOY (admitted *pro hac vice*)
wchoy@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:   (212) 969-3000
Facsimile:   (212) 969-2900

Attorneys for Plaintiff,
MIRAMAX, LLC

(*Additional counsel listed on signature page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRAMAX, LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>QUENTIN TARANTINO; VISIONA ROMANTICA, INC.; and DOES 1–50,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-08979 FMO (JCx)<br><br>**NOTICE OF SETTLEMENT** |

1 | The parties have settled this case and expect to file their dismissal papers within
2 | two weeks.

<u>Statement of Authority to File Per Civil L.R. 5-4.3.4(a)(2)(i)</u>: I attest that all signatories on this document and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing of this document.

| | |
|---|---|
| Dated: September 8, 2022 | PROSKAUER ROSE LLP<br>BART H. WILLIAMS<br>KYLE A. CASAZZA<br>SETH H. VICTOR<br>ALYSON C. TOCICKI<br><br>JEFFREY D. NEUBURGER<br>(admitted *pro hac vice*)<br>WAI L. CHOY<br>(admitted *pro hac vice*)<br><br>By: _____/s/ *Bart H. Williams*_____<br>         Bart H. Williams<br><br>Attorneys for Plaintiff,<br><br>MIRAMAX, LLC |
| Dated: September 8, 2022 | FREEDMAN + TAITELMAN, LLP<br>BRYAN J. FREEDMAN<br>JESSE A. KAPLAN<br>THERESA TROUPSON<br><br>IRELL & MANELLA, LLP<br>DAVID NIMMER<br>DENNIS COURTNEY<br><br>By: _____/s/ *Bryan J. Freedman*_____<br>         Bryan. J. Freedman<br><br>Attorneys for Defendants<br>Quentin Tarantino and Visiona Romantica, Inc. |