UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8979 FMO (JCx) | Date | October 3, 2022 |
|---|---|---|---|
| Title | Miramax, LLC v. Quentin Tarantino, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Notice of Settlement

Pursuant to the parties' Notice of Settlement (Dkt. 41), IT IS ORDERED THAT:

1. The trial date and all pending deadlines are **vacated**.

2. The parties shall attend a status conference on **October 27, 2022, at 10:00 a.m.** unless a stipulated dismissal is filed before the status conference.

Initials of Preparer    gga