BART H. WILLIAMS (SBN 134009)
bwilliams@proskauer.com
KYLE A. CASAZZA (SBN 254061)
kcasazza@proskauer.com
SETH H. VICTOR (SBN 329341)
svictor@proskauer.com
ALYSON C. TOCICKI (SBN 336179)
atocicki@proskauer.com
PROSKAUER ROSE LLP
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
Telephone:    (310) 284-4520
Facsimile:    (310) 557-2193

JEFFREY D. NEUBURGER (admitted *pro hac vice*)
jneuburger@proskauer.com
WAI L. CHOY (admitted *pro hac vice*)
wchoy@proskauer.com
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Telephone:    (212) 969-3000
Facsimile:    (212) 969-2900

Attorneys for Plaintiff,
MIRAMAX, LLC

(*Additional counsel listed on signature page*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRAMAX, LLC,<br><br>             Plaintiff,<br><br>   vs.<br><br>QUENTIN TARANTINO and VISIONA ROMANTICA, INC.,<br><br>             Defendants. | Case No. 2:21-cv-08979 FMO (JCx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Miramax, LLC and Defendants Quentin Tarantino and Visiona Romantica, Inc., by and through undersigned counsel, hereby stipulate that this action shall be dismissed with prejudice, with each party bearing its/his own attorneys' fees, costs, and expenses.

Dated:  October 6, 2022

PROSKAUER ROSE LLP
BART H. WILLIAMS
KYLE A. CASAZZA
SETH H. VICTOR
ALYSON C. TOCICKI

JEFFREY D. NEUBURGER
(admitted *pro hac vice*)
WAI L. CHOY
(admitted *pro hac vice*)

By:  /s/ *Bart H. Williams*
      Bart H. Williams

Attorneys for Plaintiff
MIRAMAX, LLC

Dated:  October 6, 2022

FREEDMAN + TAITELMAN, LLP
BRYAN J. FREEDMAN
JESSE A. KAPLAN
THERESA TROUPSON

By:  /s/ *Bryan J. Freedman*
      Bryan J. Freedman

IRELL & MANELLA, LLP
DAVID NIMMER
CONNOR HE-SCHAEFER

Attorneys for Defendants
Quentin Tarantino and Visiona Romantica, Inc.

**E-FILING ATTESTATION**

I, Bart H. Williams, attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Bart H. Williams*
Bart H. Williams